# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

INTERNATIONAL ALLIANCE                    Case No. 3:13-cv-259
OF THEATRTICAL STAGE EMPLOYEES
LOCAL NO. 66, *et al.,*

     Plaintiffs,                         Judge Timothy S. Black

-vs-

DOWNTOWN REVIVAL, LLC,

     Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

     **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X]**   **Decision by Court:**

     **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment (Doc. 9) having been **GRANTED** and Plaintiff awarded default judgment against Defendant Downtown Revival LLC in the amount of $25,685.86, this case is **CLOSED** on the Court's docket.

Date: 1/3/2014                              **JOHN P. HEHMAN, CLERK**


     By: *s/ M. Rogers*_____
     Deputy Clerk